Delmore **TAYLOR, Appellant, v. STATE of Texas, Appellee.**

No. 24023.

Court of Criminal Appeals of Texas.
April 28, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant has filed a verified motion in this case in which he requests that his appeal be dismissed. The motion is granted and the appeal is accordingly dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.